**COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983**

Name  THOMAS        FLORZELL       JR.
      (Last)         (First)       (Initial)

Prisoner Number  P94157

Institutional Address  P.O. Box 29, Repressa, California 95671

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

FLORZELL THOMAS JR.
(Enter the full name of plaintiff in this action.)

vs.

JAMES WALKER, Warden,
J.C. Bailey CCI (Counselor)
et al (County);
DIRECTOR of C.D.C. Official Capacity.
(Enter the full name of the defendant(s) in this action)

Case No. CV 08 2863
(To be provided by the Clerk of Court)

**COMPLAINT UNDER THE CIVIL RIGHTS ACT, Title 42 U.S.C § 1983**

E-filing

*[All questions on this complaint form must be answered in order for your action to proceed..]*

I.   Exhaustion of Administrative Remedies.

[**Note:** You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

A.   Place of present confinement  Sacramento State Prison - Fol.

B.   Is there a grievance procedure in this institution?
     YES (✓)    NO ( )

C.   Did you present the facts in your complaint for review through the grievance procedure?
     YES (✓)    NO ( )

D.   If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue a certain level of appeal, explain why.

COMPLAINT                            - 1 -

RECEIVED
JUN     2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1. Informal appeal *per* CDCR (enclosed as copy); as the burden of producing evidence, sic, 42 USC §12101-12117 of Title I (ADA) Petitioner's Districts in Exhaustion (Henderson 117 Cal App 3d 740 / Burns 128 Cal App 791)

2. First formal level *per* Union (enclosed as copy) See: 29 Labor 101 on Yellowdogging "Tactics" of CDC "Operants" [Civil Code § 1962, 18 USC § 1962 R.I.C.O.]

3. Second formal level *per* Union (enclosed as copy) Supra, Admin Proc Act, 11342-11346 enjoins the scope of i.f.p. 28 USC § 1915, "malicious" (a tactic)

4. Third formal level *per* Union (enclosed as copy) Supra, Resultant at Common Law of "Whistleblowing" (31 USC 528) (English 496 U.S. 72)

E. Is the last level to which you appealed the highest level of appeal available to you?

YES (✓)   NO ( )

F. If you did not present your claim for review through the grievance procedure, explain why. inapplicable; Howbeit (See: Fed.R.Civ.Proc. R 103, note to subdivision (d)... "in the nature of things...") [See: 8 a]

II. Parties.

A. Write your name and your present address. Do the same for additional plaintiffs, if any.

Florzell Thomas Jr (under grant to the many and varied California Dept of Corrections Remedial Plans — the issue of Plaintiff Title 15 held at Escrow as Sanctione) [Page #1 Header]

B. Write the full name of each defendant, his or her official position, and his or her place of employment.

The CCPOA Correctional Guards Union, Calice Dept of Los Angeles County Sheriff's

COMPLAINT — 2 —

1  Dept of The Respective Counties In Regional Alignment to The Districts Privy
2  of Performance and Compliance (s) Torn to The Judiciary, which Instituted
3  The Reforms of Ethereal Debt, a 4th, and a 14th Amendment Obligate
4  A Prisoner's Rights, As the Law become of "Respondeat Superior" [ibid]

5  III.    Statement of Claim.

6  State here as briefly as possible the facts of your case. Be sure to describe how each
7  defendant is involved and to include dates, when possible. Do not give any legal arguments or
8  cite any cases or statutes. If you have more than one claim, each claim should be set forth in a
9  separate numbered paragraph.

10  Clauses of The Particular "PLAN" in question (ssu: 15 USC §§ Annotations to The
11  Labor Code, supra [id] / 26 USC § 6334 (a)(6)(7) and 18 U.S.C. § 3663 (a)(1), and
12  11 U.S.C. § 1129 (b)(2)(B), 1141 (d)(2) / 523 / 527 / which Have Resumed
13  This Cause Action / 42 USC 1983 / Under "ERISA" / sui: DJ bar F-3-4
14  2006, 3456 or LMRDA (29 USC § 501 (a)) — U.S. v. Reynold P. Novak /
15  Tort Claims Jurisdiction to The California Dept. of Correction's Division
16  regarding Fraud Claims, viz. Work Productions of Attorney-Power (CCP.
17  1062.20 (see: Holloway 435 U.S. 475) at Cost and Issue (CCP § 887.060,
18  887.070) of misjoinder to Chapter 12 Bankruptcy Claims in Appurtenant
19  Easements (intended to taint The "Employment" Status of Petitioner)
20  (A Special Proceeding of Veteran's Status [express grant of Due Process,
21  Equal Protection, and Jeopardy] — Cs Const Art 7,6) are Regulated at
22  15 CCR § 3043.1 (see Aguilar 285 CR # 6).

23  IV.    Relief. 1st and $951.00 (Nine hundred and fifty one) Restitution.
24  Your complaint cannot go forward unless you request specific relief. State briefly exactly
25  what you want the court to do for you. Make no legal arguments; cite no cases or statutes.
26  on Retrial to Collaterally Estoppel the Statutory Arbitrary, and
27  Regulatory claims That Have not Provided forum or Venue, for Relief
28  of Royalties Loss and Destroyed Credits accrued for The Amount —
     at time of Arrest (8-29-01) A $4,000 Auto Registered in California was Seized; Ad Bloc!

COMPLAINT                                  - 3 -

1. ation of the statutory conviction's sentence of 8+2 years (unconstitut-
2. ional in nature), and, injunctionary Relief objected to assert
3. the preferred Status and Custody of Petitioner endowed with an
4. Access Device grounded on both commodities: Securities Vendor Privilege!
5. I declare under penalty of perjury that the foregoing is true and correct.
6.
7. Signed this __14TH__ day of __December__, 20_07_
8. 28TH                       may 2008
9.                           _____
10.                           (Plaintiff's signature)
11. note of adjudicative fact; cited; Fusco v. General Motors Corp.
12. 11 F.3d 265 c.2 pgh 3 ... with ...
13. Such
14. as Ponsek on appeal to the matter of adjudicating through
15. a "Spillover" Effect Relevant to [Respondent's] [as a matter of law],
16. Sic, Claims prevaricative of Bucyrus Billing however non-sat-
17. isfying of the Petitioner's Claim to personally held forum in the
18. Stocking Insurance attempted at 12 U.S.C. § 545.32(d)
19. a 14th Amendment issue.  The Segur, Supra, Reinstituted under
20. the Conservative biological interest at Ca. Ed. Code § 1250
21. imbraced as needs of this Petitioner into the Economic
22. justices of immediate Relief Juxtaposits to Terms of Accretion
23. in fields of exemption e.g. Dental, Nursing Care, Habilitative,
24. Physician Care, Anesthesia Services, and Dietary needs
25. as are those clearly immersed in statute at § 1250 of the
26. annotated Health & Safety Code [see; C.C.V., 2032(d)(e),(F)].
27. It is reclaimed that these Personal and Cosmetic
28. Servicability Clauses are not, nor are they expected to
    Remit Compliance is Relinquished to be performed by
    another such as the Respondent-Suzerain, and though,
    albeit such performance be a supplemental guise of suff-
    iciency when endorsed by petitioner-Relevant personally.
    COMPLAINT via Vendor purchase 4- Power/Privilege]

TRAVERSING

Florzell Thomas Jr.
P94157 B-7-207
P.O. Box 29
Represa, CA 95671

Post: Noting Traverse of Habeus Corpus as moved; The Judgement [dated below] into the California Sixth Circuit Crt of Appeal; thereto this letter's text reference.

Clerk.,

re: Awarded Jurisdiction of Venue Selection for Due Process Equal Protection, and Avoidance of locally in Appeal of Statutory Conviction Guidelines with unconstitutional Sentence; BA221670.

Enroute pursuant to Fed Rule Civ. Proc. R. 73(c), Habeus with claims to Public Health and Safety [42 USC. Title annotated with 50 USC * * * War and actional defense] — [citations] — Mattson 50 Cal 3d 826, 854 with Ceo. v. Walker (1991) 54 Cal 3d 1013, 1023 — As to Pleadings; CCC § 1023 and 1095 filed in Federal Repose to Civil Procedure as a matter of law (sic: Marshal 432 U.S. and Lee 432 U.S. ___ on Ramos 207 Ca. Rptr 800 as to what lies between the office of the Governor and the State Supreme Court), A.O.V., I.E. Lis Pendis — a non-violent drug violation case the Court Rules R. 2073(e) is now efficated in the Record contained for Review, and Relief.

This 26th day of February 2008    At Sacramento California
                                    Florzell Thomas Jr., ex sel.

United States District Court
for the
Northern District of California

Florzell Thomas Jr.
   Petitioner, cross
          
          v.

Director of the California
Dept. of Corrections
        officier in capacity
Warden James Walker at
CSP-Sac (individual capacity)
CCII J.C. Bailey, et al.
denovo for abuse of discretion

) Application for Absolute
) writ Review to a
) 'Special Proceeding'
) pursuant to Fed.R.Civ.
) Proc. R.41, 60(b)(c) and
) 81(a)(2)
) As Bar to Prosecution:
) KiA Radiologic v. Commissioner
) 1891 F.3d 283 Key 14.
) U.S. v. Portland le Electron Corp.
) 693 F. Supp. 88

As to the matter; manner-of-opposition lost to the discovery
issues to the aforesaid criminal case # BA221670 where those
claims attenuated under the California Health and Safety Code
§§ 11351.5 and 11352(b) as a violation offended by the Pet-
itioner-Plaintiff, Florzell Thomas Jr., ——— the Defendant
charged and convicted and sentenced, for whom as the sole
perpetrator of the offense ——— insulated as now established
as an policy to execute the order of force/to effectuate
the purpose of the law/Relevant to Representing Appeal of
the conviction, a vacate of the sentence and a prohibit-
ion as to disclosure issues' Remunerative to the General
Attorney statute § 425.17, howbeit preemptive of § 425.16 of
the Civil Code of Procedure ——— Thereto the Civil Code
section § 867.070 and Penal Code § 1021.5 ——— as to
indemnifying Treble damage Recovery.

(##1) Fed.R.Civ.Proc. R.73(c)... on Habeas Corpus, Appeal of Crim Conviction/Sentence, Civil Action Court
1) g5

1  It is asserted as going to authorities where Relevant
2  matters of Receivership is omniscience in the selected
3  values However dispositively featured In the Escrow of
4  Amicus Standings That personal Stakes of Recov-
5  ery And Prevention has Characterized This Standing to
6
7  the Capacity to Suit —— intermediated as such
8  Along the Brightness of the 42 U.S.C. § 1983 —— high-
9  ly bounded in the surety of the undertakings of the
10 writ form in function to assure its issuance.
11     Whereby it is declared notwithstanding the petition's
12 context to decrease public decision making and Participation
13 That then defines/of Government Interests and the Public
14 Issuance thereto Statute —— the Los Angeles County
15 Statute Codification Clarity at L.A.C.S.G Rule 6.4(j)
16 Indemnified with 38 U.S.C. § 5901-5906, and Civil Code of Pro-
17 cedure § 1062.20 Remains the Extemporaneous Version
18 of Legislative "Per Curiam" As to Memorandum and
19 Statement of Decisions Characterized as "Other"
20
21 Holdings to the Recovery of Treble Damages i.e.
22 Habeas Corpus, A Real, Civil Action  * * *  ... the exhaust-
23 ion Remedy as to its finality is actionable.
24            STATEMENT OF FACTS IN
25            SUPPLEMENT TO THE CAUSE
26            OF ACTION AS DEMURRERED TO
27  Petitioner-Appellant-Plaintiff FUZZELL THOMAS JR. Is A Coeval/y
28  Honorably Discharged Veteran of the VIETNAM ERA.

2.)15  (Kat #1 cont)
... MONETARY LOSSES, Personal Property, Legal Properties. Estoppel: C.C.P. 662. F.R.C.P. R.803(1)(2)(3)

1  issues administrated at the security and custody level of the V.A.
2  are serviceable by the Rating Board of the Department and
3  Treasury as to Decisions, Adjudications, and Determinations
4  of Suspension to Escrow Annuits...
5  [citing to omission] at 35 F3d 1522 c2 p1 (Smith v. Brown)
6  N.O.V., see: Broward v. Direct T.V. Inc 123 Cal App 4th 903
7  ...providing guidance for the application of §425.17 of the Civil Code
8  of Procedure (Anti-SLAPP).
9    ***  Harris Trust and Savings Bank v. Ellis 810 F2d 702
10 c1 p4 "Board a new guardian ad litem was appointed..." 703
11 c2 p2/[1] ..."that 28 U.S.C. §1738 requires federal courts
12 ...exclusive jurisdiction..." [See: OJAR Tues. 12-23-03 U.S. v. R.B. Espinoza Jur.Sr]
13 [A Veteran's Affair   ***  ] [citing White and White 540 F.Supp 95 (83),
14 In Smith v. Brown, circumspect to "Suspension c2 p1, 1522
15 the clear unmistakable error, Jurors curandum, an effect in State
16 Statute Avoid[able] Along the Magnitudes of the Election Doctrine
17 is exclusive in Federal Subject matter Jurisdiction and the
18 conflict of Regulations and Statutes as such is a Circuit
19 F.R.C.V.R 35 [Field Practice instituted in search of secret
20 any contract obligations that are actual and unavoidable
21 (Seigel v. American Cir. Ass'n 258 C.Rptr 752 c2 p2/[4]
22 *** particularly in Private Attorney General Statutes §425.17
23 Regulated by the Supervisory Scheme (see: U.S. v. Smith 395
24 F.Supp 1160 c1 p4 h.2)...common...) (see: Freedman 380
25 U.S. 51 "...a Sweeping and Judicial Application of Censor-
26 ship")
27   These Holdings of a "Penological Interest", Inter Alia,
28 Gov't Code §§970,970.2 in Presenting the Findings and

into Terms (Created + Staggered; Ca. St Const Art 6§8) Some 35 years of Escrow Standing
Personally attested by Petitioner - Plaintiff - Defendant / see: Holloway v. Arkansas 435 U.S. 475
and Welf & Inst. Code 3109 and 38 U.S.C. §101 5 U.S.C. 3109, Holliday §270 J W.I.C. thereto staggers
from Book values at Statute at Co. Pol. Code §600E (Conservatism).

1  detrim to constitutional safeguards and concerns where a
2  "minute order" is the "statutorian" exaltation of billing
3  on Remains to State law is coupled to Federal Law.
4      It is moreover —— the Veteran Affairs a local
5  public entity not an arm of the State exempted and except-
6  ed to, eo viel. [Tyson 65 Ca. Rptr 2d 623].
7      [Enclosure to pro se interests, however "different Int-
8  erests" as attenuated in Strobser 466 U.S. 109 1984)
9  for purposes of Review of the whole Act Rule for
10 Commonwealth to exhaustion and Exclusionary Ruling
11 * * * Fed Rule Civ. 60(b), 81(e)(2) the Interior and Insu-
12 lar matter of Vertical Prosecution is to establishing
13 Relevant guidelines of Identity for Review of Abuse
14 of Discretion —— Aside from "coercion" which is
15 Identifiable Ante and Post to the Total attenuated
16 over some 35 year Resulting in loss of [Said]
17 Properties, monies, etc —— Issues of Reserving
18 Testimony and evidence of Straining through the Om-
19 nibus of § 521 of 18 USC does constitute order of
20 Executing effective Counsel [at C.C.c. 2033.6] (see to;
21 Holloway 792 F2d 76 1986, Holloway 435 U.S. 475, 1978,
22 Su Practice Challenges this Stipulation in Case Law
23 e.g. viz Thornton 125 U.S. App D.C. Re: Rule 4(c) and
24 41 ...
25      To it to; the Doctrine of Acland 18 Cal. 4th 253, Tondes
26 3 Ca. 4th 831, and Pavette 5 Cal 4th 689, only as to

4)75  fust#3 Range & Effect of Events Incident to Brady v. Maryland 373 U.S. 83 &
Conlinto 222 F2d 698 (see; mucho orno 81 SCT-1140 cap 1).

1  the issue of Finality with at Common Law the Schedule
2  and level of Effective Rule Indicia whether sentence
3  as detached, the protective orders Remanded to
4
5  Standing Article I-III Have Sightlined this
6  Instant Issue of A Real of the Sentence Vacated
7  [28 U.S.C. § 2241] under statute; the California
8  Penal Code Indicia; §§ 1170(b), 1170.1(d), and
9  1192.7(a)(b) Executable, Albeit, on Equitable principles
10
11  of Issuance; Fed. R. Civ. Proc. 51 and C.R.C. § 1196
12  [see: Gaston 114 F3d 913 infra
13
14  [see: Tenorio 3 Cal 3d 89 (1978)] infra
15  Spec Ref [on] the Construed Legal Status Summary Sheet note: 3+3yrs
16  thereafter the abstract of Judgment 8+2+8 wherewith to Document, 828
17  Executed this 28th day of May, 2008 at CSVS, Tehachapi
18  California
19  Attested to: Seek Relief to Sentence's Downward Departure
20  (Reduction)
21
22
23  Spec Ref. to C. Pe. Code, 1196 in Advance to the Greater Liability of
24  § 1177, to wit, .1177 of the Civil Code of vacature, sua sponte, [Here-
25  in Ref. Volume 1.1, 1.7, 1.10] under Demurrer of Subpoena (CPC, 1385,
26  CCP, 1985). The Election Intrinsic to Peremptory Challenge on
27  or about term ending (See: Pearson Taylor 3 Cal 4th 831)
28  [As to the "Stricken" of C.P.C., 831, see, 18 USC, 1831

5.) 75