IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

FILED

1  FLORZELL THOMAS, JR.,                            CV 08 2863 MHP(PR)
2     Plaintiff-Petitioner-                         CV 08 2864 MHP(PR)
3     Appellant,
4              v.                                   SUPPLEMENTAL AT BRIEF
5  Director of the Dept. of Corrections             to a Special Proceeding
6     S/o.,                                         F.R.Civ.Proc 41, 60(b),
7     Warden at CSP-SAC, official                   81(a)(2).
      Capacity,
8     F.C. Bailey CCI, official                     28 USC § 2254(a)(d)(1)
9     Capacity, Clinical Trans, et al               42 USC § 1983
10                                                  Criminal Court Appeal
11    vel non; 11 USC § 523(a)(7), CPC § 13980      GENERAL ELECTRIC 522 US 136
12    Gov't Code § 970.2 (IN REM)
13    In subject matter jurisdiction as an affirmative act of defense to
14    a non-statutory pretext of imprisonment that to Federal Pract-
15    ice at Civil Code of Proc... 1062.20 in application to execute
16    the form of error Corum nobis as to an effect and its
17    rate of general acceptance thereto typified as an Abstract
18    of Judgment (DSL 290), the trial court's instructions to A
19    Jury (CALJIC 290) and the California Penal Statute (CPC 290)
20    in all, antecedent to the level of discrimination prevailed
21    in Title VII and Article III standings to F.R.Civil
22    Procedure 60(b) and 81(a)(2) ——— to wit Ca. Evid.
23
24    Code § 140 (LRCC) and 1040(a)(2) ——— The Assertion
25    of this Supplemental Brief regards new information (FRCivP
26    26(e)(1)(2) ——— namely the enclosed computation executed
27    by Petitioner-Appellant ——— which should assist the
28    trier of Fact.

see F.R.Crim Proc 406 ... "instances are multiplied" e.g. 290 x 3 = 870 certified; + PCC 100
USSG ... (Ginn 87 F3d 367)., (Roby 87 F3d 1052); CPC § 5050 [C]... see Exhibit A

1 of 2

1  As to the 28 USC, 2254(a)(d)(1) circumscription tedium
2  of the Californias State Constitution's assurance of clear and
3  unavoidable conflict to State and Federal preemption
4  (e.g. 42 USC, 2000d) it is contended heretofore that the
5  Exhaustion Requirement facility at C.S.C. Art. 4, 8., also
6  
7  the temerity of 408 U.S. 238 (_Furman_) citations in
8  text, as to a notional Tradition and a Constitutional text
9  gravamen to taking a "SENTENCE" out of "mitigation" —
10 Remarks the mandate of _Clarity_ albeit not a presumpt-
11 -ion of Substantive Law's order and judgement // As
12 
13 to those zoological Interests (see: _Sell_ 539 U.S. 180-183)
14 Deemed through "Scorched earth Tactics," practices, and
15 Policies as being common Law to Attorney-general (ad-
16 -visum) of the Executive and Legislative plenary mandate
17 of the Bill (3x Strikes) at §1170.12 (b)(2)(2)(A) and
18 
19 (3)(d)(e), whereas at Cause, imported by Bankruptcy
20 as it Speculatively Characteristic of the Defendants-
21 Respondents disposition to evade and presume (11 USC
22 §1141 (a)(c)(d)(2) — The class issue Relevant
23 to Petitioner's Self Authenticating (Receiving the Interests
24 
25 formula in _Sell_) in Conflict for more than 25 years—
26 —(iii) confirms this zeal to Protect Property and monies
27 Belonging to this Movant-Petitioner. Those Possessory, Curtas,
28 Privacy Interests of the Patient.

This 21st day of July 2008 at Redressa, Sacramento California
                                                                    card

NOTE J.C. Bailey Instructed re personnel assigned/employed, infra, that P
seaxdventure the "Hager" Review Route for Relief regarding my state and/or
1  caekits. HAGEN 19 CAL. 4th 652 ... citations omitted ... contendable to the verdict..
2  Rev. Waida 22 Cal 4th 690 .. suffered ... California's ... sweeping and Im[...]
3  Application of Censorship [380 U.S. 51 (Freedman)] / 380 U.S. 600 [Griffin]
4  [Holloway 435 US 475]                              [Munoz 129 Ca App 4th]
   General Policy, Property § 3190
5                                                    Harris Trust + Sav. Bank
6    (a) 3314, 3315                                  810 F 2d 865 c.2 p.2 [Key 5]
7       (c) 3191
                                                     General Industries Corp
8    (h)(2) 3161                                     810 F 2d 803 c.2 p.1
9    (h)(7) 3006                                     ... Rivals ... Key 15
10   (i)(1)
                            15 CCR                   18 U.S.C. § 3127.3
11    (m) 3044                                       ...customer or provider...
12    (n) 3011
                                                     Snyders v. Sherwin W. Co.
13                                                   495 F. Supp. 573 c.2 p.5
14    (o) 3190(b)                                    ...specific practice or
                                                     selection device...
15    (r)(s)
16   § 3084.7(c)(A)(B)(A)(B)(C) - - - 15 U.S.C. (see: Exhibit B) ***
17
18  ... All receipts as to warranties and guarantees of
19  the approved vendor are possessory interests given
20  exhaustion at the Labor Code § 200 (a)(b), tent, to venue
21  and forum § 215 of 29 LC and 18 U.S.C. § 210-215 ——
22  —— is Commission, at § 526(b) the Civil Code, § 526 of the Penal
23  Code and 526 U.S. 1, 6 (Holloway), to the motions and Referees
24  howbeit, in alternative (42 U.S.C. § 12212 and CCP § 340) to
25  the Compensation Order adjudged (33 USC §§ 921, 922, and 944)
26  in commencement of this term —— "Staggered" (CSC 6, 8).
27
28  State ipsa dixit [C] 1: 15 CCR § 3043.1 (waiver), 3043.5 (c)(B)... physician...
    3043(a)(B)(5)(B) case R'cd staff ... 3084.3(a)... appeals coord.' HR, PAII, CCII,
    3312(b)(1) chief deputy warden... § 3376.1... DRB c)(1) chief classification ...
    3044(b) classification committee ... 3324 ... BPT/NAEA members ... Rep's.
    3027(b) case worker

STATE OF CALIFORNIA—YOUTH AND ADULT CORRECTIONAL AGENCY                    ARNOLD SCHWARZENEGGER, Governor

**DEPARTMENT OF CORRECTIONS**
**RICHARD J. DONOVAN CORRECTIONAL FACILITY**
**480 Alta Road**
**San Diego, CA  92179**



April 23, 2004

Mr. Florzell Thomas
P-94157
F1-02-101L

Dear Mr. Thomas:

This is in response to your letter dated January 14, 2004, addressed to the Office of Internal Affairs (OIA). On April 12, 2004, your letter was received by the Richard J. Donovan Correctional Facility to address your allegations of staff misconduct.

Mr. Thomas, on April 9, 2004, you met with the Facility 1 Captain J. R. Sandlin, regarding concerns you have relative to your finances as managed by the Inmate Trust Office. Based on your claims of substandard performance and possible misconduct resulting in personal financial loss, the need for knowledgeable examination of your claim appears appropriate. Consistent with the Captain's recommendation, I am directing the Institution's Litigation Coordinator and Senior Accounting Officer to meet with you on or before May 1, 2004. Action as may be necessary to rectify this issue and resolve your concerns will result following their expert examination of what you have depicted to be a rather complex legal and fiduciary issue.

Thank you for your cooperation with my staff in their efforts to resolve your concerns. If you have additional questions regarding this issue, please contact E. B. Castillo, Correctional Counselor II (A), via institutional mail.

Sincerely,

ROBERT J. HERNANDEZ
Warden

(over)

Exhibit A    15666 3374(h)... ...Denied... ...to 2931... ...Denied By CCI Bailey
As the Credits Accrued... ...yet the Results Differ... Substantively!

by Citizen Thomas Jr (15 July 2008) - The 3rd complaint in a series of 3 sent to this court.

1.
2.    128 MONTHS                        "80%"
3.
4.    minus - 25.6 MONTHS         - 20% deduction
5.                                                maximally
6.    103 months                             (15 CCR, 3043
7.                                                 Inclusive)
8.
9.                         CDC Term
10.   8 - 29 - 01
11.          to        = 103 months
12.   3 - 29 - 09
13.
14.
15.       minus - 120 days (4 months that
16. are alledged as unqualified for Restoration at
17. § 3328 of 15 CCR)  N.O.V. (§§ 3313, 3314, 3315 of 15 CCR)
18.
19.   EQUALS = 7-29-09 date:  Instant Issue;
20.                                            Gov't Code, 970.2,
21.                                            Vernon (in rem)
22.   ...The LSS Reflects the 120 BC Loss and has
23.   a write-in date, that the CCI J. Bailey does not
24.   claim to have wrote in, of 4-28-2010. The printout
25.   itself contained a 5-25-2010 date., adjusted from
26.   1-10-2010 from 2-10-2010 ... Sic...
27.
28.   The County (pre-trial) Credit Earning period is not calculated,
      nor is a CDC. 2931 (I.U.) Credit earning period indicated from date
                                              i.e. starting today.

Florzell Thomas Jr
P4457 B7207
P.O. Box 29
Represса, California
95671

Office of the Clerk
United States District Court
Northern District
450 Golden Gate Ave
San Francisco, CA 94102



UNITED STATES POSTAGE
02 1A
0004609711
MAILED FROM ZIPCODE 95670
$ 00.59⁰
JUL 24 2008
PITNEY BOWES

9410253881 0004

