United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLORZELL THOMAS, JR., | No. C 08-2863 MHP (pr) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| JAMES WALKER; et al., | |
| Defendants. / | |

This action is dismissed without prejudice to plaintiff filing a new action, for which he includes a filing fee or an <u>in forma pauperis</u> application with a new complaint to commence that new action.

IT IS SO ORDERED AND ADJUDGED.

Dated: March 17, 2009

_____
Marilyn Hall Patel
United States District Judge